[Civ. No. 1130.   Second Appellate District.—September 21, 1912.]

CLARENCE L. BAKER, Petitioner and Respondent, v. W. D. GAREY, as County Auditor of the County of Imperial, State of California, Appellant.

OFFICERS—CHANGE IN COMPENSATION DURING TERM—PRESUMPTION OF INCREASE—CHANGE INOPERATIVE—IMPROPER WRIT OF MANDATE.— The facts and principles involved in this case are the same as those involved in *Williams* v. *Garey, ante,* p. 769, and the judgment is reversed upon the authority of that case.

APPEAL from a judgment of the Superior Court of Imperial County.   Franklin Cole, Judge.

The facts are stated and referred to in the opinion of the court.

Phil D. Swing, District Attorney, for Auditor, Appellant.

J. Stewart Ross, and Shaw, Ross & Dyke, for Respondent.

THE COURT.—The facts presented by the record in this matter are identical with those in case No. 1132, entitled G. Williams against the appellant herein, *ante,* p. 769, [127 Pac. 824], and wherein in this court an opinion was this day filed reversing the action of the trial court had and taken therein. Upon the authority of and for the reasons given in the opinion so filed, the judgment herein is reversed and the lower court instructed to make an order sustaining the demurrer interposed by defendant to the petition for the writ.